UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRL KEAHEY,<br><br>           Plaintiff,<br><br>v.<br><br>CPS, *et al.*,<br><br>           Defendants. | Case No.: 3:21-CV-00391-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 4[1]) entered on October 20, 2021, recommending that the Court grant Keahey's in forma pauperis application (ECF No. 1) and her complaint (ECF No. 1-1) be dismissed with prejudice.

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

    **IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 4) is **ADOPTED and ACCEPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's *In Forma Pauperis* application (ECF No. 1) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

    **IT IS SO ORDERED**.

DATED this 8th day of November, 2021.

                                                             _____
                                                              ROBERT C. JONES
                                                              United States District Judge